**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

No. 12-7370

———

HA NASI SALUT VAYI YISRAEL, f/k/a Keith Kennard Carter,

Plaintiff – Appellant,

v.

CHAPLAIN YVONNE BEASLEY; CHAPLAIN M. BULLOCK, SR.; ROBERT
C. LEWIS, Director of Prisons; BETTY BROWN, Department of
Corrections Chaplain Director; JACKIE PARKER, Food and
Nutrition Director; G. J. BRANKER, Warden; JIMMIE BINFORD,
Central Prison Food Service Supervisor; CHAPLAIN SPEERS,
Central Prison Head Chaplain,

Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge. (5:08-ct-03079-H)

———

Submitted:  February 28, 2013       Decided:  April 1, 2013

———

Before DAVIS, KEENAN, and DIAZ, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Ha Nasi Salut Vayi Yisrael, Appellant Pro Se.  Kimberly D.
Grande, Oliver Gray Wheeler, NORTH CAROLINA DEPARTMENT OF
JUSTICE, Raleigh, North Carolina, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ha Nasi Salut Vayi Yisrael appeals the district court's order granting summary judgment to the Defendants on his action alleging violations of his constitutional rights under 42 U.S.C. § 1983 (2006) and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Yisrael v. Beasley, No. 5:08-ct-03079-H (E.D.N.C. July 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument will not aid the decisional process.

AFFIRMED